**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-02701

**MARTIN KRIBS; ASPEN CUSTOM RANCH ENTERPRISES, LLC,**

        Plaintiffs,

v.

**RYAN GRAVES; MAINLAND RANCH P1, LLC; MAINLAND RANCH P2, LLC; MAINLAND RANCH P3, LLC; MAINLAND RANCH P4, LLC; MAINLAND RANCH HOLDINGS, LLC; MAINLAND RANCH MANAGEMENT, LLC,**

        Defendants.

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Ryan Graves; Mainland Ranch P1, LLC; Mainland Ranch P2, LLC; Mainland Ranch P3, LLC; Mainland Ranch P4, LLC; Mainland Ranch Holdings, LLC; and Mainland Ranch Management, LLC (the "Defendants"), through their undersigned counsel, hereby make the following disclosures:

        1.     Defendant Mainland Ranch P1, LLC hereby discloses and certifies that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

        2.     Defendant Mainland Ranch P2, LLC, hereby discloses and certifies that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

        3.     Defendant Mainland Ranch P3, LLC, hereby discloses and certifies that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

        4.     Defendant Mainland Ranch P4, LLC, hereby discloses and certifies that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

2

5.     Defendant Mainland Ranch Holdings, LLC, hereby discloses and certifies that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

6.     Defendant Mainland Ranch Management, LLC, hereby discloses and certifies that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

7.     Jurisdiction in this action is based on diversity under 28 U.S.C. § 1332(a).

8.     Pursuant to F.R.C.P. 7.1(a)(2), Defendants, through undersigned counsel, state and disclose as follows:

    a.     Ryan Graves is a citizen and domiciliary of the State of Hawaii.

    b.     The sole member of each of the entity defendants named in this case, i.e., Mainland Ranch P1, LLC; Mainland Ranch P2, LLC; Mainland Ranch P3, LLC; Mainland Ranch P4, LLC; Mainland Ranch Holdings, LLC; and Mainland Ranch Management, LLC (together, the "Entity Defendants"), is a traditional trust named THE GRAVES REVOCABLE TRUST U/A/D 12/31/2014 (the "Graves Trust.").

    c.     Graves and his wife, Molly Graves, are the trustees of the Graves Trust.

    d.     Molly Graves is also a citizen and domiciliary of the State of Hawaii.

    e.     The Entity Defendants are citizens of the State of Hawaii.

Dated at Denver, Colorado, this 16th day of October, 2023.

SHERMAN & HOWARD L.L.C.

*/s/ Emily F. Keimig*
Emily F. Keimig, Atty. Reg. No. 22634
Tara A. Bailes, Atty. Reg. No. 57712
675 Fifteenth Street, Suite 2300
Denver, CO 80202
Telephone: (303) 297-2900
Fax:          (303) 298-0940
Email:       ekeimig@shermanhoward.com
*Attorneys for Defendants Ryan Graves; Mainland Ranch P1, LLC; Mainland Ranch P2, LLC;  Mainland Ranch P3, LLC; Mainland Ranch P4, LLC; Mainland Ranch Holdings, LLC; and Mainland Ranch Management, LLC*

3

57744042.1

## CERTIFICATE OF SERVICE

      I hereby certify on the 16th day of October, 2023, that I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, and served via electronic mail by email on the following:

Stephanie Rubinstein
RIDER & QUESENBARRY, LLC
2764 Compass Drive, Suite 101
Grand Junction, CO 81506
Email:   stephanie@gjbusinesslaw.com
*Attorneys for Plaintiffs Martin Kribs; Aspen*
    *Custom Ranch Enterprises, LLC*


Margaret G. Maraschino
MUNGER, TOLLES & OLSON, LLP
350 South Grand Ave., 50th Floor
Los Angele, CA 90071-3426
Email:   Margaret.Maraschino@mto.com
*Co-Counsel for Defendants Ryan Graves;*
   *Mainland Ranch P1, LLC; Mainland*
    *Ranch P2, LLC; Mainland Ranch P3, LLC;*
    *Mainland Ranch P4, LLC; Mainland*
    *Ranch Holdings, LLC; and Mainland*
    *Ranch Management, LLC*

                    */s/ Tara A. Bailes*